Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Carrina Mendez

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carrina Mendez, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Boot Barn, Inc.,<br><br>Defendant. | CASE NO. 8:20-CV-00054-JVS-DFM<br><br>**JOINT NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that this case has been settled on an individual basis. The Parties anticipate filing a Stipulation for Dismissal of this action in its entirety with prejudice as to the named Plaintiff and without prejudice as to the Putative Class within 60 days. The Parties request that all pending dates and filing requirement be vacated and that the court set a deadline on or after October 10, 2020 for filing a Stipulation for Dismissal.

//
//

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: August 13, 2020 | **KAZEROUNI LAW GROUP, APC** |
| 3 | | By: s/ Yana A. Hart |
| 4 | | Yana A. Hart, Esq. |
| 5 | | *Attorneys for Plaintiff* |
| 6 | | |
| 7 | Date: August 13, 2020 | **MCGUIRE WOODS LLP** |
| 8 | | By: s/ Sarah A. Zielinski |
| 9 | | Sarah A. Zielinski, Esq. |
| 10 | | Justin T. Yedor, Esq. |
| 11 | | Amy S. Gilbert, Esq. |
| | | *Attorneys for Defendant* |

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for the Defendant, and that I have obtained their authorization to affix their electronic signatures to this document.

Date: August 13, 2020     **KAZEROUNI LAW GROUP, APC**

By: s/ Yana A. Hart
Yana A. Hart, Esq.
*Attorneys for Plaintiff*