Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Carrina Mendez

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carrina Mendez, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Boot Barn, Inc.,<br><br>Defendant. | CASE NO. 8:20-CV-00054-JVS-DFM<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

Plaintiff Carrina Mendez and Defendant Boot Barn, Inc. (hereinafter the "Parties"), hereby stipulate to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), each party shall bear their own costs. The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this Putative Class action because this action has not been certified as a class.

//
//

WHEREFORE, the Parties respectfully request that this court dismiss this action with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class.

Date: October 8, 2020                **KAZEROUNI LAW GROUP, APC**

By: s/ Yana A. Hart
  Yana A. Hart, Esq.
  *Attorneys for Plaintiff*

Date: October 8, 2020                **MCGUIRE WOOD LLP**

By: s/ Sarah A. Zielinski
  Sarah Zielinksi, Esq.
  Justin T. Yedor, Esq.
  Amy S. Gilbert, Esq.
  *Attorneys for Defendant*

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for the Defendant, and that I have obtained their authorization to affix their electronic signature to this document.

Date: October 8, 2020                **KAZEROUNI LAW GROUP, APC**

By: s/ Yana A. Hart
  Yana A. Hart, Esq.
  *Attorneys for Plaintiff*