# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carrina Mendez, Individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Boot Barn, Inc.,<br><br>　　　　　　Defendant. | **CASE NO.** 8:20-CV-00054-JVS-DFM<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

　　　Based upon the Parties' Stipulation of Dismissal, and good cause, this Court hereby orders this action to be, and is, dismissed with prejudice as to the named Plaintiff and without prejudice as to the putative class. Each party is to bear their own attorneys' fees and costs.

　　　**IT IS SO ORDERED.**

Dated: October 08, 2020　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**HON. JAMES V. SELNA**
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE